1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES CURTIS KERN,                          No.  2:25-cv-3463 AC P

12              Plaintiff,

13         v.                                      ORDER

14    PELICAN BAY STATE PRISON,

15              Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to

18    42 U.S.C. § 1983.  ECF No. 1.  Plaintiff has filed an application to proceed in forma pauperis

19    pursuant to 28 U.S.C. § 1915.  ECF No. 2.

20         The federal venue statute provides that a civil action "may be brought in (1) a judicial

21    district in which any defendant resides, if all defendants are residents of the State in which the

22    district is located, (2) a judicial district in which a substantial part of the events or omissions

23    giving rise to the claim occurred, or a substantial part of property that is the subject of the action

24    is situated, or (3) if there is no district in which an action may otherwise be brought as provided in

25    this action, any judicial district in which any defendant is subject to the court's personal

26    jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

27         In this case, the complaint alleges that state officials at Pelican Bay State Prison ("PBSP")

28    violated his federal rights when they knowingly placed him in a defective vehicle and transported

                                              1

him to San Joaquin General hospital.  ECF No. 1 at 3.  Plaintiff alleges that as a result he was injured during transport.  Id.  The claim is based on alleged acts taken at PBSP prior to plaintiff's transport, and the defendant PBSP, and any PBSP staff that may have been involved, are located in Del Norte County, which is in the Northern District of California.  Therefore, plaintiff's claim should have been filed in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: December 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2